## Wire Transfer Outgoing Request

# CHASE ○

### Wire Transfer Sender Information

| | | | |
|---|---|---|---|
| Sender Name:<br>BRENDA DIANA NESTOR | | | |
| Account Name:<br>THE BRENDA DIANA NESTOR REVOCABLE<br>LIVING TRUST<br>BRENDA DIANA NESTOR TRUSTEE | | Street Address:<br>340 ROYAL POINCIANA WAY STE 317-416 | |

| City:<br>PALM BEACH | State:<br>FL | Zip:<br>33480-4154 | Country:<br>USA | Daytime Phone:<br>305-890-8005 |
|---|---|---|---|---|
| Primary ID Type:<br>Driver's License | ID Issuer:<br>FL | ID Number:<br>n236064489100 | ID Issue Date:<br>03/17/2020 | ID Exp:<br>11/10/2028 |
| Secondary ID Type:<br>Chase or Bank Issued Credit/Debit Card | ID Issuer:<br>Chase | ID Number:<br>XXXXXXXXXXXX6146 | ID Issue Date: | ID Exp:<br>03/30/2028 |

Comments:

### Wire Transfer Information

| Request Date:<br>04/05/2024 | Request time:<br>11:33:16AM    Eastern time | Effective date:<br>04/05/2024 | Wire Type:<br>Domestic |
|---|---|---|---|
| Debit Account #:<br>XXXXXX8901 | Debit Account Type:<br>CPC SAVINGS | Wire Amount (US dollars):<br>$245,092.08 | |
| Qualifying Account #: | Qualifying Account Type: | Source of funds:<br>Savings | Wire Fee:<br>$0 |
| Currency type to be sent:<br>US Dollars | Exchange rate:<br>N/A | Foreign currency amount:<br>N/A | Amount to Collect (USD):<br>$245,092.08 |
| FX Contract Number: | | | |

### Recipient Account Information

| | | | | | |
|---|---|---|---|---|---|
| Account Name:<br>Mary Jo L. Whelan, Esq. LLC | | | | | |
| Street Address: | | Account Number:<br>10107044 | | | |
| | | City: | State: | Zip: | Country: |
| Text to Recipient:<br>From Brenda Nestor | | | | | |

### Receiving Bank Information

| | | | | | |
|---|---|---|---|---|---|
| Bank Name:<br>The First Bank of Greenwich | | | | | |
| Street Address:<br>900 Summer St | | Bank ABA/SWIFT Code:<br>021114153 | | | |
| | | City:<br>Stamford | State:<br>CT | Zip:<br>06905-5502 | Country:<br>USA |
| Intermediary Bank Name: | | | | | |
| Street Address: | | Intermediary Bank ABA: | | | |
| | | City: | State: | Zip: | Country: |
| Text to Receiving Bank: | | | | | |