TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
John McClain
Brian Kreutter

*Attorneys for Albert Togut,*
*Not Individually But Solely in His Capacity as*
*Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
|  |  |
|---|---|
| In re: | : |
| | : |
| PEGGY NESTOR, | : Case No. 23-10627 (MEW) |
| | : |
| Debtor. | : |
| | : |
| ------------------------------------------------------------------- x | : |
| ALBERT TOGUT, Not Individually But Solely in His Capacity as Chapter 11 Trustee, | : |
| | : |
| Plaintiff, | : Adv. Pro. No. 24-04023 (MEW) |
| | : |
| v. | : |
| | : |
| BUTTERFLY BEACH HOUSE, LLC and BRENDA NESTOR, | : |
| | : |
| Defendants. | : |

------------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE OF CHAPTER 11 TRUSTEE'S**
**REPLY AND DEFENSES TO DEFENDANTS' COUNTERCLAIM**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK )

  JONATHAN COHEN, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides in Caldwell, New Jersey.

On January 27, 2026, deponent served a copy of the *Chapter 11 Trustee's Reply and Defenses to Defendants' Counterclaim* [Adv. Pro. Dkt. No. 65] by electronic mail upon the parties set forth on the service list annexed hereto.

*/s/ Jonathan Cohen*
JONATHAN OHEN

Sworn to before me this
27th day of January, 2026

*/s/ Hannah Fajardo*
NOTARY PUBLIC

## SERVICE LIST:

**Via Email**

Office of the United States Trustee
Southern District of New York
Attn: Daniel Rudewicz, Esq.
daniel.rudewicz@usdoj.gov

Kevin J. Nash, Esq.
Ravi Vohra, Esq.
Goldberg Weprin Finkel Goldstein LLP
125 Park Ave., 12th Floor
New York, N.Y. 10017
rvohra@gwfglaw.com
knash@gwfglaw.com